# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| TWIN CITY HOSPITAL., | ) Case No. 10-64360 |
| Debtor. | ) |
| | ) Judge Russ Kendig |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ADRIENNE K. WALKER

Pursuant to Local Bankruptcy Rule 2090-1, the undersigned ("Movant") hereby moves this court to admit *pro hac vice* attorney Adrienne K. Walker in the above-captioned bankruptcy case (the "Case") and proceedings therein. In support of this motion, the Movant states as follows:

1. Adrienne K. Walker is an attorney representing Wells Fargo Bank, National Association, as Indenture Trustee in the Case.

2. Adrienne K. Walker is a member in good standing of the Bar of the Commonwealth of Massachusetts and is admitted to the United States District Court for the District of Massachusetts.

3. Adrienne K. Walker submits to the disciplinary processes of this Court.

Adrienne K. Walker
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Direct Dial: 617-348-1612
Fax: 617-542-2241
Email: awalker@mintz.com
Bar No. 641490

Dated: October 14, 2010					Respectfully submitted,

									SQUIRE, SANDERS & DEMPSEY L.L.P.

									/s/ *Sherri L. Dahl*
									Sherri L. Dahl (Ohio 0073621)
									127 Public Square, Suite 4900
									Cleveland, Ohio 44114-1304
									Telephone: (216) 479-8500
									Facsimile: (216) 479-8780
									E-mail: SDahl@ssd.com

									COUNSEL FOR WELLS FARGO, NATIONAL
									ASSOCIATION AS INDENTURE, TRUSTEE