# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No: 10-64360-rk |
| | ) | |
| **TWIN CITY HOSPITAL,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge: Russ Kendig |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Frank J. Rose, Jr. and the law firm of Fitzpatrick, Zimmerman & Rose Co., L.P.A. appear herein as counsel for The Commercial and Savings Bank of Millersburg, Ohio, a.k.a. The Commercial & Savings Bank, and direct, pursuant to Fed. R. Bankr. P. 2002(g), 9007 and 9010, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the following office address and telephone number:

> Frank J. Rose, Jr., Esq.
> Fitzpatrick, Zimmerman & Rose Co., L.P.A.
> P.O. Box 1014, 140 Fair Ave., N.W.
> New Philadelphia, Ohio 44663
> Telephone: (330) 364-1614
> Facsimile: (330) 343-3077
> e-mail: sdedwards@fzrlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, pleadings, requests, complaints or other papers filed in these matters. The undersigned further requests that the foregoing named counsel be added to any mailing list or matrix maintained by the Clerk of the Court.

Respectfully submitted,

**FITZPATRICK, ZIMMERMAN & ROSE CO., L.P.A.**

   /s/ Frank J. Rose, Jr.
Frank J. Rose, Jr. (Reg. #0006345)
Attorney for The Commercial and Savings Bank of Millersburg, Ohio,
a.k.a. The Commercial & Savings Bank
140 Fair Ave. N.W., P.O. Box 1014
New Philadelphia, Ohio 44663
Telephone: (330) 364-1614, Facsimile: (330) 343-3077
e-mail: sdedwards@fzrlaw.com

### PROOF OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing Notice of Appearance and Request for Notices was sent by first class U.S. mail, postage prepaid, this 15th day of October, 2010, upon all parties listed below:

Shawn M. Riley, Esq.
John A. Polinko, Esq.
Paul W. Linehan, Esq.
McDonald Hopkins, LLC
600 Superior Ave., E., Suite 2100
Cleveland, OH 44114

Sherri Lynn Dahl, Esq.
Squire, Sanders & Dempsey, LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Jeffrey Marks, Esq.
Squire, Sanders & Dempsey, LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202

United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue, East, Suite 441
Cleveland, Ohio 44114

   /s/ Frank J. Rose, Jr.
Frank J. Rose, Jr.
Attorney for The Commercial and Savings Bank of
Millersburg, Ohio, a.k.a. The Commercial & Savings Bank