The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.



**/S/ RUSS KENDIG**

Russ Kendig
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION, CANTON

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-64360 |
| TWIN CITY HOSPITAL, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Judge Russ Kendig |
| | ) |
| | ) |
| | ) |

**ORDER GRANTING DEBTOR'S MOTION: (I) SCHEDULING AN EXPEDITED HEARING, (II) SHORTENING TIME TO SERVE OBJECTIONS TO, AND (III) LIMITING SERVICE OF NOTICE OF THE DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO SECTIONS 361 AND 364(D): (I) AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING FROM WELLS FARGO BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE; (II) GRANTING CERTAIN SECURITY INTERESTS; (III) GRANTING ADEQUATE PROTECTION AND (IV) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

This matter came above the Court on the Debtor's Motion for an Order: (I) Scheduling an Expedited Hearing, (II) Shortening Time to Serve Objections to, and (III) Limiting Service of Notice of the Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 361 and 364(d): (I) Authorizing the Debtor to Obtain Postpetition Financing From Wells Fargo Bank, National Association as Indenture Trustee; (II) Granting Certain Security Interests; (III) Granting Adequate

{2455105:}

Protection and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001, Docket No. 82 (the "Motion"), filed by the debtor and debtor in possession (the "Debtor") in the above-captioned case. The Court having reviewed the Motion, hereby finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of this chapter 11 case and the Motion is proper in this district and division pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) no further notice of the Motion is required under the particular circumstances; and (v) the Debtor has established adequate cause for the relief requested therein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion shall be, and hereby is, GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. A hearing on the DIP Financing Motion is hereby scheduled for Friday, November 5, 2010, at 1:00 p.m. at the United States Bankruptcy Court, Ralph Regula Federal Building and United States Courthouse, 401 McKinley Ave. SW, Canton, Ohio 44702 (the "Hearing"), and any and all notice periods applicable to the DIP Financing Motion including those set forth in Bankruptcy Rule 2002 shall be, and hereby are, shortened accordingly. The Debtor immediately shall cause a copy of this Order to be served upon the Notice Parties. This Order shall constitute notice in lieu of a notice on Official Form 20A.

4. Objections to the DIP Financing Motion will be heard at the Hearing.

5. Service of this Order and the DIP Financing Motion upon the Notice Parties shall be and is adequate and sufficient under the particular circumstances for the purpose of

Bankruptcy Code §§ 102(1), 105, 363, Bankruptcy Rules 2002, 9006(a), 9007, 9013, and other applicable rules of Court.

### #

Submitted by:

Shawn M. Riley (0037235)
Paul W. Linehan (0070116)
John A. Polinko (0073967)
McDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: 216) 348-5474
E-mail: sriley@mcdonaldhopkins.com
　　　　 plinehan@mcdonaldhopkins.com
　　　　 jpolinko@mcdonaldhopkins.com

PROPOSED COUNSEL FOR THE DEBTOR
AND DEBTOR IN POSSESSION

{2455105:}