UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CANTON

In re: )
) Case No. 10-64360
TWIN CITY HOSPITAL, )
) Chapter 11
Debtor. )
) Judge Russ Kendig
)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following documents were served via the Court's CM/ECF system to the following, who are listed on the Court's Electric Mail Notice List:

Kirk B Burkley on behalf of Creditor Beckman Coulter Inc.
kburkley@bernsteinlaw.com, pghecf@bernsteinlaw.com

Frederick S. Coombs on behalf of Creditor East Ohio Gas Company dba Dominion East Ohio
fcoombs@hhmlaw.com

Sherri Lynn Dahl on behalf of Creditor Wells Fargo, National Association, As Indenture Trustee
sdahl@ssd.com, cle_dckt@ssd.com

Thomas W Hardin on behalf of Creditor Oxford Capital Enterprises
clum@twhardinlaw.com

Paul B Hervey on behalf of Creditor The Commercial and Savings Bank
pbh@fzrlaw.com

Jeffrey Marks on behalf of Creditor Wells Fargo, National Association, As Indenture Trustee
jemarks@ssd.com

Frank J Rose on behalf of Creditor The Commercial and Savings Bank
sdedwards@fzrlaw.com

{2455907:}

Matthew T Schaeffer on behalf of Creditor Ohio State Health Network
matthew.schaeffer@baileycavalieri.com, BR-ECF@BaileyCavalieri.com

Rachel L. Steinlage on behalf of Creditor Dennison Radiology Services, LLC
rsteinlage@meyersroman.com

and via first-class U.S. mail upon the parties listed on the attached Service List the 1st of November, 2010:

- Debtors Motion for Entry of Interim and Final Orders Pursuant to Sections 361 and 364(d): (I) Authorizing the Debtor to Obtain Postpetition Financing From Wells Fargo Bank, National Association as Indenture Trustee; (II) Granting Certain Security Interests; (III) Granting Adequate Protection and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001, Docket No. 81; and

- Debtors' Motion for an Order: (I) Scheduling an Expedited Hearing, (II) Shortening Time to Serve Objections to, and (III) Limiting Service Of Notice of Debtors Motion for Entry of Interim and Final Orders Pursuant to Sections 361 and 364(d): (I) Authorizing the Debtor to Obtain Postpetition Financing From Wells Fargo Bank, National Association as Indenture Trustee; (II) Granting Certain Security Interests; (III) Granting Adequate Protection and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001, Docket No. 82.

/s/ Shawn M. Riley
Shawn M. Riley (0037235)
McDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114-2653
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: sriley@mcdonaldhopkins.com

PROPOSED COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION

SERVICE LIST

Office of the United States Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave., East –
Suite 441
Cleveland, OH 44114

Internal Revenue Service
Insolvency Group 3
1240 East Ninth Street, Room 457
Cleveland, OH 44199

Daniel S. Bleck, Esq.
Mintz, Levin, Cohn, Ferris
Glovsky And Popeo, PC
One Financial Center
Boston, MA 02111

The Commercial
& Savings Bank
Attn: Pam Bromund
91 North Clay Street
Millersburg, OH 44654

American Healthcare Solutions
Attn: Jan Jennings
1701 Kenneth Ave
Arnold, PA 15068

Cpsi
6600 Wall Street
Mobile, AL 36695

Arnett & Foster
Attn: Rod Hardy
101 Washington St East
Po Box 2629
Charleston, WV 25329

King's Medical Company
1894 Georgetown Road
Hudson, OH 44236

Sleepmed
700 Gervais Street
Suite 210
Columbia, SC 29201

GE Healthcare Fin. Services
Attn: Amy Dziondziakowski
20225 Watertower Ste 300
Brookefield, WI 53045

Oxford Capital Enterprises
Attn: Pam Keller
122 West High Avenue
New Philadelphia, OH 44663

Ohio Dept Of Job
And Family Serv.
Office Of Legal Services
30 Broad Street
31st Floor
Columbus, OH 43215

Hospitalist Group Of Ohio
Attn: Shaun Senter, Md
36709 Glendenning Street
Avon, OH 44011

Beckman Coulter
250 S Kramer Blvd
Brea, CA 92822

Ohic Insurance
185 Greenwood Rd
Po Box 3300
Napa, CA 94558-0030

Nighthawk Radiology
601 Front Avenue, Ste 400
Coeur D'alene, ID 83814

Quest Diagnostics
12436 Collections Ctr Drive
Chicago, IL 60693-2436

Winthrop Resource Corp.
11100 Wayzata Blvd. Ste 800
Minnetonka, MN  55305

Siemens Healthcare Diagnostics
1717 Deerfield Road
Deerfield, IL  60015

Midwest Ultrasound
Attn: Michael W. Schwebler
8250 Kenwood Crossing Way
Ste 225
Cincinnati, OH  45236

Mercy Medical Center
Attn: Legal Services
1320 Mercy Drive Nw
Canton, OH  44708

Ge Healthcare Iits Llc
Attn: Mary Bankard
9900 Innovation Drive
Wauwatosa, WI  53226

Toshiba American Medical Systems
2100 E Golf Road, #420
Rolling Meadows, Il  60008

Dover Orthopaedic Center
Att: Dee Cossin
205 Hospital Drive
Dover OH 44622

{2455907:}