UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CANTON

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
**TWIN CITY HOSPITAL,**                                      : Case No. 10-64360
                                                             :
            Debtor.                                          : Judge Russ Kendig
------------------------------------------------------------ x

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee"), an official committee and party-in-interest in the above referenced case, and pursuant *inter alia*, to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and Bankruptcy Code Section 1109(b), request that the following names be added to any service list in this case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

Daniel A. DeMarco, Esq.
Christopher W. Peer, Esq.
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2316
Phone: 216.621.0150
Fax: 216.241.2824
Email: dademarco@hahnlaw.com
cpeer@hahnlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including the Committee, with respect to: (a) Twin City Hospital (the "Debtor"); (b) property of the estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by the Committee.

**PLEASE TAKE FURTHER NOTICE** that the Committee intends that neither this Notice of Appearance, Request for Service of Papers and Reservation of Rights nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) its right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding relating to this case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 11, 2010       Respectfully submitted,

*/s/ Daniel A. DeMarco*
Daniel A. DeMarco (# 0038920)
Christopher W. Peer (# 0076257)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2316
Phone: 216.621.0150
Fax: 216.241.2824
Email: dademarco@hahnlaw.com
        cpeer@hahnlaw.com

*Proposed Attorneys for the Official Committee of Unsecured Creditors for Twin City Hospital*

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Appearance, Request for Service of Papers and Reservation of Rights* has been served upon each of the parties indicated on the attached Service List by regular United States mail, postage prepaid, or, if applicable by ECF, on this 11th day of November 2010.

/s/     *Daniel A. DeMarco*
*One of the Proposed Attorneys for the Official Committee of Unsecured Creditors for Twin City Hospital*

# SERVICE LIST

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case and who were served by the Court's electronic noticing system:

- Kirk B Burkley    kburkley@bernsteinlaw.com, pghecf@bernsteinlaw.com
- Frederick S. Coombs    fcoombs@hhmlaw.com
- Sherri Lynn Dahl    sdahl@ssd.com, cle_dckt@ssd.com
- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com
- Thomas W Hardin    clum@twhardinlaw.com
- Paul B Hervey    pbh@fzrlaw.com
- Paul W Linehan    plinehan@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Jeffrey Marks    jemarks@ssd.com
- John A Polinko    jpolinko@mcdonaldhopkins.com, jpolinko@logs.com;bkfilings@mcdonaldhopkins.com;kwalsh@mcdonaldhopkins.com
- Shawn M Riley    sriley@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- Frank J Rose    sdedwards@fzrlaw.com
- Matthew T Schaeffer    matthew.schaeffer@baileycavalieri.com, BR-ECF@BaileyCavalieri.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com
- United States Trustee    (Registered address)@usdoj.gov

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case and who were served by United States Mail, postage prepaid:

| | | |
|---|---|---|
| Office of the United States Trustee<br>Howard M. Metzenbaum<br>U.S. Courthouse<br>201 Superior Ave., East –<br>Suite 441<br>Cleveland, OH 44114 | Internal Revenue Service<br>Insolvency Group 3<br>1240 East Ninth Street, Room 457<br>Cleveland, OH 44199 | Daniel S. Bleck, Esq.<br>Mintz, Levin, Cohn, Ferris<br>Glovsky And Popeo, PC<br>One Financial Center<br>Boston, MA 02111 |
| The Commercial & Savings Bank<br>Attn: Pam Bromund<br>91 North Clay Street<br>Millersburg, OH 44654 | American Healthcare Solutions<br>Attn: Jan Jennings<br>1701 Kenneth Ave<br>Arnold, PA 15068 | CPSI<br>6600 Wall Street<br>Mobile, AL 36695 |

CLEVELAN - 3370617.1

Arnett & Foster
Attn: Rod Hardy
101 Washington St East
Po Box 2629
Charleston, WV 25329

King's Medical Company
1894 Georgetown Road
Hudson, OH 44236

Sleepmed
700 Gervais Street
Suite 210
Columbia, SC 29201

GE Healthcare Fin. Services
Attn: Amy Dziondziakowski
20225 Watertower Ste 300
Brookefield, WI 53045

Oxford Capital Enterprises
Attn: Pam Keller
122 West High Avenue
New Philadelphia, OH 44663

Ohio Dept Of Job And Family Serv.
Office Of Legal Services
30 Broad Street
31st Floor
Columbus, OH 43215

Hospitalist Group Of Ohio
Attn: Shaun Senter, Md
36709 Glendenning Street
Avon, OH 44011

Beckman Coulter
250 S Kramer Blvd
Brea, CA 92822

Ohic Insurance
185 Greenwood Rd
Po Box 3300
Napa, CA 94558-0030

Nighthawk Radiology
601 Front Avenue , Ste 400
Coeur D'alene, ID 83814

Quest Diagnostics
12436 Collections Ctr Drive
Chicago, IL 60693-2436

Winthrop Resource Corp.
11100 Wayzata Blvd. Ste 800
Minnetonka, MN 55305

Siemens Healthcare Diagnostics
1717 Deerfield Road
Deerfield, IL 60015

Midwest Ultrasound
Attn: Michael W. Schwebler
8250 Kenwood Crossing Way
Ste 225
Cincinnati, OH 45236

Mercy Medical Center
Attn: Legal Services
1320 Mercy Drive Nw
Canton, OH 44708

GE Healthcare Iits Llc
Attn: Mary Bankard
9900 Innovation Drive
Wauwatosa, WI 53226

Toshiba American Medical Systems
2100 E Golf Road, #420
Rolling Meadows, Il 60008

Dover Orthopaedic Center
Att: Dee Cossin
205 Hospital Drive
Dover OH 44622